UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARY T. BOURGEOIS
FOR BENJAMIN BOURGEOIS,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

Defendant.

CASE NO. C08-5677 FDB

ORDER ADOPTING REPORT
AND RECOMMENDATION
AFFIRMING COMMISSIONER

The Magistrate Judge recommends that the Court should conclude that Benjamin Bourgeous was properly found no longer eligible for supplemental security income benefits due to excess income. Plaintiff has not filed objections to the Report and Recommendation.

As detailed by the Report and Recommendation, the Administrative Law Judge properly determined that the Basic Allowance for Housing paid to Plaintiff's father, properly was deemed income apportionable to Plaintiff under the Program Operations and Manual System and the Commissioner's regulations.

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

ORDER
Page - 1

(2) The administrative decision is **AFFIRMED**; and

(3) The Clerk is directed to send copies of this Order to Plaintiff''s counsel, Defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 7th day of December, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE