# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARY T. BOURGEOIS for
BENJAMIN BOURGEOIS

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C08-5677FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court adopts the Report and Recommendation; and

The administrative decision is **AFFIRMED**.

|   |   |
|---|---|
|   December 8, 2009 |     BRUCE RIFKIN |
| Date | Clerk |
|   | *s/CM Gonzalez* |
|   | Deputy Clerk |